```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                        Case No. 10-17252-pmc
George C Daher                                                Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0647-1          User: mgaug                  Page 1 of 1         Date Rcvd: Feb 06, 2015
                              Form ID: pdf945              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2015.
db             +George C Daher,    8137 Maplegrove Avenue,    North Royalton, OH 44133-2068
22454305       +1st Financial Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
22508021       +Dominion East Ohio Gas,    P.O. Box 5759,    Cleveland Oh 44101-0759
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Feb 06 2015 22:08:41     Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
22483825        E-mail/Text: cio.bncmail@irs.gov Feb 06 2015 22:08:28      INTERNAL REVENUE SERVICE,
                 1240 E 9TH ST, RM 493,    CLEVELAND, OH 44199
22484998       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 06 2015 22:09:29
                 Illuminating Co Bankruptcy Dept,    6896 Miller Rd  Ste 204,    Brecksville, OH 44141-3222
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Aurora Commercial Corp.
cr              Real Time Resolutions, Inc.
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2015 at the address(es) listed below:
          Amelia A Bower    on behalf of Creditor   Real Time Resolutions, Inc. abower@plunkettcooney.com,
           dstogner@plunkettcooney.com;bkennedy@plunkettcooney.com
          Brooke D. Turner-Bautista    on behalf of Creditor    Aurora Commercial Corp.
           bbautista@mcglinchey.com,   nhobbs@mcglinchey.com
          John W. Gold    on behalf of Defendant John W. Gold jgold@jwg-law.com
          John W. Gold    on behalf of Debtor George C Daher jgold@jwg-law.com
          John W. Gold    on behalf of Defendant George C Daher jgold@jwg-law.com
          Lauren A Helbling    on behalf of Plaintiff Waldemar J. Wojcik lauren@helblinglpa.com
          Lauren A Helbling    on behalf of Trustee Waldemar J Wojcik lauren@helblinglpa.com
          Mark W Iannotta    on behalf of Creditor   Real Time Resolutions, Inc.
           miannotta@plunkettcooney.com,   bkennedy@plunkettcooney.com
          Waldemar J Wojcik    on behalf of Trustee Waldemar J Wojcik wwojcik@wojciklpa.com,
           wwojcik@ecf.epiqsystems.com
          Waldemar J Wojcik    wwojcik@wojciklpa.com,   wwojcik@ecf.epiqsystems.com
                                                                                              TOTAL: 10
```

**This document was signed electronically on February 6, 2015, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: February 6, 2015**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-17252 |
| | ) | |
| George C. Daher, | ) | Chapter 7 Case |
| | ) | |
| Debtor(s). | ) | Judge Morgenstern-Clarren |

**ORDER GRANTING MOTION OF TRUSTEE FOR AUTHORITY TO COMPROMISE CONTROVERSY WITH DEBTOR(S)**

This cause came on for consideration upon the Motion of Trustee for Authority to Compromise Controversy with Debtor(s). Trustee certifies that all creditors and parties in interest were served due notice of the Trustee's motion and the hearing thereon. No objections or other responses were filed.

Upon consideration of the trustee's motion, the Court finds that the same is well-taken.

IT IS THEREFORE ORDERED that the Motion of Trustee for Authority to Compromise Controversy with Debtor(s) be and the same is hereby granted and that the Trustee is hereby

authorized to compromise his pending controversy by executing the Settlement and Release Agreement and permitting debtor to retain the sum of $18,300.

IT IS FURTHER ORDERED that the debtor shall remit the sum of $32,722.37 to the Trustee within 5 days of the execution of this Order.

##

Submitted by:
/s/Lauren A. Helbling (0038934)
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lauren@helblinglpa.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Order was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Amelia A Bower    abower@plunkettcooney.com, dstogner@plunkettcooney.com;bkennedy@plunkettcooney.com

- John W. Gold    jgold@jwg-law.com

- Lauren A Helbling    lauren@helblinglpa.com

- Mark W Iannotta    miannotta@plunkettcooney.com, bkennedy@plunkettcooney.com

- United States Trustee    (Registered address)@usdoj.gov

- Brooke D. Turner-Bautista    bbautista@mcglinchey.com, nhobbs@mcglinchey.com

- Waldemar J Wojcik    wwojcik@wojciklpa.com, wwojcik@ecf.epiqsystems.com

And by regular U.S. Mail, postage pre-paid, to all parties in interest on the attached service list.

1st Financial Bank
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Illuminating Co Bankruptcy Dept.
6896 Miller Rd., #204
Brecksville, OH 44141

Internal Revenue Service
1240 E. 9th St., Rm 493
Cleveland, OH 44199

Dominion East Ohio Gas
P.O. Box 5759
Cleveland, OH 44101-5759