**IT IS SO ORDERED.**

Dated:  21 March, 2018 12:21 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| GEORGE C. DAHER | CASE NO. 10-17252 |
| Debtor | JUDGE JESSICA E. PRICE SMITH |

### ORDER UPON TRUSTEE'S AND JOHN W. GOLD'S JOINT MOTION TO VACATE THE NOVEMBER 30, 2015 AND MARCH 1, 2016 CONTEMPT JUDGMENTS PURSUANT TO FED. R. CIV. P. 60(B)(5)

This matter came on for consideration upon Trustee's and John W. Gold's Joint Motion to Vacate the November 30, 2015 and March 1, 2016 Contempt Judgments Pursuant to Federal Rule of Civil Procedure 60(B)(5) (hereinafter the "Joint Motion") and upon the record.

1

The Court finds that despite service of this Joint Motion, together with Notice of Hearing thereon upon the Debtor, the Office of United States Trustee and all parties in interest, no Objection was filed in response thereto.

The Court further finds that the Joint Motion is otherwise well founded and should therefore be granted.

IT IS THEREFORE ORDERED that the Joint Motion is hereby granted and that following payment of $32,722.37 in full by John Gold to the Trustee and the resulting settlement of all claims between the Trustee and John Gold, including claims for attorney fees and fines imposed by this Court, this Court's Contempt Judgments entered herein on 11/30/15 and 3/1/16 are hereby vacated.

# # #

SUBMITTED AND APPROVED BY:

Waldemar Wojcik Co., LPA

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK (0021824)
Attorney for Trustee
526 Superior Avenue, Suite 211
Cleveland, OH 44114
Phone: (216) 241-2628
Fax: (216) 373-2392

CERTIFICATE OF SERVICE

  A copy of the foregoing Order was served by the Clerk of the U.S. Bankruptcy Court via ordinary U.S. mail, postage prepaid and/or by ECF email upon those parties who receive notice through the Court's electronic noticing system, including upon each of the following:

 Amelia A Bower  abower@plunkettcooney.com, dstogner@plunkettcooney.com
 John W. Gold  jgold@jwg-law.com
 Lauren A. Helbling  lauren@helblinglpa.com
 Mark W Iannotta  miannotta@plunkettcooney.com, bkennedy@plunkettcooney.com
 United States Trustee  (Registered address)@usdoj.gov
 Brooke D. Turner-Bautista  bbautista@mcglinchey.com, hhines@mcglinchey.com
 Waldemar J Wojcik  wwojcik@wojciklpa.com, wwojcik@ecf.epiqsystems.com
 Amy Good ust08  amy.l.good@usdoj.gov

 George C. Daher, Debtor
 8137 Maplegrove Ave.
 N. Royalton, OH 44133

 1st Financial Bank
 c/o Creditors Bankruptcy Service
 P.O. Box 740933
 Dallas, TX 75374

 Illuminating Co Bankruptcy Dept
 6896 Miller Rd Ste 204
 Brecksville, OH 44141

 INTERNAL REVENUE SERVICE
 1240 E 9TH ST, RM 493
 CLEVELAND, OH 44199

 Dominion East Ohio Gas
 P.O. Box 5759
 Cleveland Oh 44101-5759

3

10-17252-jps  Doc 268  FILED 03/21/18  ENTERED 03/21/18 12:47:41  Page 3 of 3