IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-17252 |
| | ) | |
| GEORGE C. DAHER | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | JUDGE JESSICA E. PRICE SMITH |

REPORT OF DISTRIBUTION

Waldemar J. Wojcik, trustee of the estate of the above-named debtor(s), states that a Final Report has been approved for this estate and the Court has entered an Order for Payment of Fees and Expenses, and a dividend was paid to creditors pursuant to Federal Rule of Bankruptcy Procedure. **However, Internal Revenue Service (Claim No. 3B) has returned its check in the amount of $2,163.75, representing that the claim is "Full in Paid,"** thereby creating additional funds available to creditors. Therefore, a supplemental dividend to creditors pursuant to Federal Rule of Bankruptcy Procedure 3009 shall be paid as soon as practicable as follows:

| | |
|---|---:|
| AMOUNT AVAILABLE FOR DISTRIBUTION: | **2,163.75** |
| SUMMARY OF DISTRIBUTION: | |
| Chapter 7 Administrative Expenses: | 0.00 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507 [a] [3] - [a] [6]): | 0.00 |
| Alimony Support or Maintenance: | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | **2,163.75** |
| Other: | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | **2,163.75** |

/s/ Waldemar J. Wojcik
CASE TRUSTEE: Waldemar J. Wojcik

REVIEWED:
DANIEL M. McDERMOTT
UNITED STATES TRUSTEE
REGION 9

_____
DATE

By: /s/ Sharon V. Lowe  6/6/2018
_____

# SUPPLEMENTAL
# PROPOSED DISTRIBUTION

Case Number: 10-17252    JPS  
Debtor Name: DAHER, GEORGE C.

Page 1

Date: June 4, 2018

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,163.75 |
| | **Claim Type -** | | | | | | | |
| | Waldemar J. Wojcik, Trustee COMPENSATION | Admin | | $4,022.24 * $4,022.24 | $4,022.24 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Waldemar J. Wojcik, Trustee EXPENSES | Admin | | $115.79 * $115.79 | $115.79 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type** | | | $4,138.03 * $4,138.03 | $4,138.03 | $0.00 | $0.00 | |
| | **Claim Type AF - ACCOUNTANT FEES** | | | | | | | |
| | Colagiovanni & Greene | Admin | 025 | $805.00 * $805.00 | $805.00 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type AF** | | | $805.00 * $805.00 | $805.00 | $0.00 | $0.00 | |
| | **Claim Type CAF - CLERK, ADVERSARY FILING** | | | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | Admin | 025 | $293.00 * $293.00 | $293.00 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | Admin | 025 | $293.00 * $293.00 | $293.00 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type CAF** | | | $586.00 * $586.00 | $586.00 | $0.00 | $0.00 | |
| | **Claim Type CLK - CLERK, U.S. BANKRUPTCY -** | | | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | Admin | 025 | $260.00 * $260.00 | $260.00 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type CLK** | | | $260.00 * $260.00 | $260.00 | $0.00 | $0.00 | |
| | **Claim Type TAE - TRUSTEE ATTORNEY EXPENSES** | | | | | | | |

PROPDIS8
Printed: 06/04/18 03:07 PM Ver: 20.00i

# SUPPLEMENTAL
# PROPOSED DISTRIBUTION

Case Number: 10-17252    JPS  
Debtor Name: DAHER, GEORGE C.

Page 2

Date: June 4, 2018

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type TAE - TRUSTEE ATTORNEY EXPENSES** | | | | | | | | |
| | LAUREN A. HELBLING | Admin | 025 | $77.37 *<br>$77.37 | $77.37 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type TAE** | | | $77.37 *<br>$77.37 | $77.37 | $0.00 | $0.00 | |
| **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | | |
| | LAUREN A. HELBLING | Admin | 025 | $8,760.00 *<br>$8,760.00 | $8,760.00 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | WALDEMAR J WOJCIK | Admin | 025 | $1,728.00 *<br>$1,728.00 | $1,728.00 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type TAF** | | | $10,488.00 *<br>$10,488.00 | $10,488.00 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $16,354.40 *<br>$16,354.40 | $16,354.40 | $0.00 | $0.00 | |
| **Claim Type UPT - UNSECURED PRIORITY TAXES** | | | | | | | | |
| 00003A | Internal Revenue Service | Priority | 066 | $859.00 *<br>$859.00 | $859.00 | $0.00 | $0.00 | $2,163.75 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type UPT** | | | $859.00 *<br>$859.00 | $859.00 | $0.00 | $0.00 | |
| | Subtotals For Class Priority   100.00000 % | | | $859.00 *<br>$859.00 | $859.00 | $0.00 | $0.00 | |
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 000001 | 1st Financial Bank | Unsec | 070 | $14,966.74 *<br>$14,966.74 | $12,108.00 | $2,858.74 | $2,022.18 | $141.57 |
| | Percent Paid: 94.41054 % | | | | | | | |
| 000002 | Illuminating Co Bankruptcy Dept | Unsec | 070 | $493.57 *<br>$493.57 | $399.30 | $94.27 | $66.68 | $74.89 |
| | Percent Paid: 94.41011 % | | | | | | | |
| 000004 | Dominion East Ohio Gas | Unsec | 070 | $554.21 *<br>$554.21 | $448.35 | $105.86 | $74.89 | $0.00 |
| | Percent Paid: 94.41187 % | | | | | | | |
| | **Subtotal For Claim Type UC** | | | $16,014.52 *<br>$16,014.52 | $12,955.65 | $3,058.87 | $2,163.75 | |

# SUPPLEMENTAL
# PROPOSED DISTRIBUTION

Case Number: 10-17252    JPS                                         Page  3                                             Date: June 4, 2018
Debtor Name: DAHER, GEORGE C.

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotals For Class Unsecured | 94.41057 % | | $16,014.52 *<br>$16,014.52 | $12,955.65 | $3,058.87 | $2,163.75 | |
| | << Totals >> | | | $33,227.92<br>$33,227.92 | $30,169.05 | $3,058.87 | $2,163.75 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.